NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL FORD,                          )
                                       )
            Appellant,                 )
                                       )
v.                                     )          Case No. 2D19-1024
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed October 16, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; J. Kevin Abdoney,
Judge.


PER CURIAM.


        Affirmed.  See Dunbar v. State, 89 So. 3d 901 (Fla. 2012); Duncan v.

Moore, 754 So. 2d 708 (Fla. 2000); Dowdy v. Singletary, 704 So. 2d 1052 (Fla. 1998);

Dwyer v. State, 981 So. 2d 606 (Fla. 4th DCA 2008).


KHOUZAM, C.J., and CASANUEVA and ROTHSTEIN-YOUAKIM, JJ., Concur.